# THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMITY RUBBERIZED PEN COMPANY, a California Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>MARKET QUEST GROUP, INCORPORATED, a California Corporation etc., et al.,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No.: CV 06-06165 GW (CWx)<br>**CV 07-08314 GW (CWx)**<br><br>**ORDER RE DEFENDANTS' MOTION TO HOLD PLAINTIFF AMITY RUBBERIZED PEN CO. AND ROBERT OROUMIEH IN CONTEMPT OF THIS COURT'S SEPTEMBER 20, 2011 ORDER RE CONTEMPT** |

This matter came before the Court on January 23, 2012. Parties appeared by their counsel of record.

Defendant Market Quest Group, Inc., by its counsel Julie Turner, moved to hold Plaintiff Amity Rubberized Pen Company ("Amity") and Robert Oroumieh in

contempt of this Court's September 20, 2011 Order on Defendants' Motion for Contempt. Defendants also moved the Court to award the costs incurred, including attorneys' fees, by Defendants in bringing this motion.

Based on all materials submitted to the Court in connection with Defendant's motion and the record before the Court in this matter, the Court FINDS THAT Plaintiff Amity has failed to comply with the terms of this Court's September 20, 2011 Contempt Order by failing to tender the costs and sanctions awarded to Defendants. The Court hereby GRANTS IN PART and DENIES IN PART Defendant's Motion.

The Court ORDERS THAT by February 22, 2012, Amity shall tender to Defendant either: (a) a cashier's check, made payable to MarketQuest Group, in the amount of $26,344.86[1]; or (b) Amity's financial information, which is to include all account numbers for any and all accounts with financial institutions (banks, savings and loans, credit unions, stocks or other investment vehicles, etc.), the financial statements for each such account from August 2011 through February 22, 2012, and Amity's ledgers for the same time period showing all assets owned by Amity (including equipment, real property, vehicles, etc.).

The Court further ORDERS THAT the parties are to submit a joint status report to the Court by noon on February 23, 2012, addressing Amity's compliance with this Order. A further status conference is scheduled for February 27, 2012, at 9:00 a.m. The parties may appear telephonically.

At this time, the Court DENIES Defendant's motion insofar as it seeks to hold Mr. Oroumieh personally in contempt of the Court's order. However, should Amity

---

[1] This amount consists of the $16,470.86 from the September 20, 2011 Contempt Order plus Defendant's fees of $4,024.00 incurred for bringing this motion, plus $50 per day from October 28, 2011 through February 22, 2012, exclusive, as set forth in the Contempt Order. Should Plaintiff Amity tender a cashier's check to Defendant before February 22, 2012, it may deduct $50 for each day that its payment is early.

[PROPOSED] ORDER RE DEFENDANTS' MOTION TO HOLD PLAINTIFF AND ROBERT OROUMIEH IN CONTEMPT OF SEPTEMBER 20, 2011 ORDER RE CONTEMPT

2

Civ. No.: CV 06-06165 GW (CWx)
CV 07-08314 GW (CWx)

fail to comply with this Order, the Court shall hold Mr. Oroumieh personally in contempt.

IT IS SO ORDERED.

Dated: January 26, 2012

_____
Hon. George H. Wu
United States District Judge

[PROPOSED] ORDER RE DEFENDANTS' MOTION TO HOLD PLAINTIFF AND ROBERT OROUMIEH IN CONTEMPT OF SEPTEMBER 20, 2011 ORDER RE CONTEMPT

3

Civ. No.: CV 06-06165 GW (CWx)
CV 07-08314 GW (CWx)